## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CONNECTICUT,<br><br>    Plaintiffs,<br><br>v.<br><br>HOME CARE VNA, LLC, SHAKIRA LUBEGA and CONSTANT OGUTT,<br><br>    Defendants. | CASE NO. 3:24-cv-01901 (VDO) |

## **JUDGMENT**

This action having come before the Court for consideration of the United States of America's motion for entry of judgment on consent, before the Honorable Vernon D. Oliver, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the plaintiffs' motion on December 4, 2024, it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the United States and the State of Connecticut in the amount of $361,520.64, plus interest, to be paid pursuant to the parties' Stipulated Judgment and the terms of their Settlement Agreement, as described in Attachment 1 to Plaintiffs' motion at ECF No. 8.

Dated at Hartford, Connecticut, this 5th day of December, 2024.

DINAH MILTON KINNEY, Clerk
By: /s/ Jessalyn Samson
Jessalyn Samson
Deputy Clerk

EOD: 12/05/2024